UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
1:20-cv-10911-LTS

AMTAX HOLDINGS 227 LLC ET. AL.
*Plaintiff,*

v.

TENANTS' DEVELOPMENT II CORPORATION, ET. AL.

*Defendants*

## CLOSING ORDER DISMISSING CASE

SOROKIN, D.J.

    In accordance with the Court's Order dated December 23, 2020 (CM/ECF No. 21), this case is hereby dismissed without prejudice and closed.

SO ORDERED.

                                                    /s/ Leo T. Sorokin
                                                    UNITED STATES DISTRICT COURT

December 28, 2020