UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: AMTAX Holdings 227, LLC et al v. Tenants' Development II Corp. et al

District Court Number: 20cv10911-LTS

Fee: Paid? Yes _X_ No ____ Government filer ____ *In Forma Pauperis* Yes ____ No ____

Motions Pending    Yes ____ No _X_        Sealed documents    Yes ____ No _X_
If yes, document #  _____          If yes, document #  _____

*Ex parte* documents  Yes ____ No _X_      Transcripts         Yes ____ No _X_
If yes, document #  _____          If yes, document #  _____

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent ____   Other: ____

Appeal from:

#21 Order, #22 Order of Dismissal

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#21, #22, and #23

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __23__ filed on __January 13, 2021__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __January 13, 2021__.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**